**CAMPBELL & COOMBS, P.C.**
1811 S. Alma School Rd. Ste. 225
Mesa, AZ 85210
Phone- (480) 839-4828
Fax- (480) 897-1461
e-mail: maureen@haroldcampbell.com
Maureen N. McAuliffe
State Bar No. 026307
Harold E. Campbell
State Bar No. 005160
Attorneys for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT
# IN AND FOR THE DISTRICT OF ARIZONA

In re:
ANDREW GARCIA and
REBECCA GARCIA,
    Debtor(s)

Chapter 13 Proceeding

Case No. 09-18275-EWH

### RESPONSE TO TRUSTEE'S MOTION TO DISMISS

Debtors request that the Trustee's Motion to Dismiss for failure to file their 2006 and 2007 taxes be denied. Debtors allege that they did file their 2006 and 2007 state taxes along with their federal at the same time. Debtors are locating their returns that they submitted and will provide proof to the State of Arizona so the proof of claim can be amended within 15 days.

WHEREFORE, Debtors prays that Movant's Motion be denied upon Debtors continuing to make their monthly payments and provide proof that the 2006 and 2007 taxes were timely filed.

RESPECTFULLY SUBMITTED this 9th day of July, 2010.

                CAMPBELL & COOMBS, P.C.

                By __/s/ Maureen N. McAuliffe_____
                    Maureen N. McAuliffe
                    Attorney for Debtors

| | |
|---|---|
| 1 | ORIGINAL filed and COPY mailed this 9th day of July, 2010, to: |
| 2 | |
| 3 | Russell Brown<br>Chapter 13 Trustee<br>3838 North Central Avenue, Suite 800 |
| 4 | Phoenix, AZ 85067 |
| 5 | By__/s/ Kelly Segal_____ |
| 6 | Kelly Segal |